UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-013 JD |
| | ) | |
| DARLENE JACQUEZ | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 29, 2012 [DE 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Darlene Jacquez's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 42 U.S.C. § 408(a)(4).

SO ORDERED.

ENTERED: __June 27, 2012__

_____/s/ JON E. DEGUILIO_____
Judge
United States District Court